MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
SUSAN F. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
ELENA RO (Cal. Bar No. 197308)
  roe@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500 (Telephone)
(415) 705-2501 (Facsimile)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 4:22-cv-01967-JST |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER REGARDING STAY** |
| HARI PRASAD SURE, LOKESH LAGUDU, CHOTU PRABHU TEJ PULAGAM, DILEEP KUMAR REDDY KAMUJULA, SAI MOUNIKA NEKKALAPUDI, ABHISHEK DHARMAPURIKAR, and CHETAN PRABHU SREE KARTEEK PULAGAM, | |
| Defendants. | |

## STIPULATION

Plaintiff Securities and Exchange Commission (the "SEC") and Defendants Dileep Kumar Reddy Kamujula, Hari Prasad Sure, Lokesh Lagudu, Chotu Prabhu Tej Pulagam, Sai Mounika Nekkalapudi, Abhishek Dharmapurikar, and Chetan Prabhu Sree Karteek Pulagam (together, "the Parties") hereby Stipulate and agree as follows:

WHEREAS, a related criminal case, *United States v. Kamujula*, No. 4:22-CR-0131-JST, is currently pending before this Court;

WHEREAS, the Court has issued a Scheduling Order setting the Initial Case Management Conference for July 5, 2022, with the Case Management Statement from the parties due June 28, 2022, and by prior Stipulation response to the complaint are due on June 27, 2022;

WHEREAS, counsel for Kamujula, who is also party to the criminal case, has requested that the SEC's counsel agree to a stay of this case while the criminal case is pending, and SEC counsel has also contacted the Assistant United States Attorney representing the government in the related case, who agrees that a stay of the SEC's case would be beneficial to the criminal case;

WHEREAS, the SEC and defendants Sure, Lagudu, Chotu Pulagam, Nekkalapudi, Dharmapurikar, and Chetan Pulagam do not object to the requested stay;

NOW THEREFORE THE PARTIES STIPULATE AND AGREE, and respectfully request that the Court enter, the attached Proposed Order, staying this case through Jan. 31, 2023, with the potential to be increased an additional six months at the request of any party to this case, but expiring in any event at the conclusion of trial in the related criminal case. Once the stay is lifted, the parties will return to the Court to propose a schedule for this case.

STIPULATED AND AGREED TO BY:

DATED: May 31, 2022
/s/ *Susan F. LaMarca*
Susan F. LaMarca
Attorney for Plaintiff
Securities and Exchange Commission

/s/ *Julia Jayne*
Julia Jayne
Attorney for Defendant
Dileep Kamujula

/s/ *Carleen R. Arlidge*
Carleen R. Arlidge
Attorney for Defendant
Sai Mounika Nekkalapudi

/s/ *W. Douglas Sprague*
W. Douglas Sprague
Attorney for Defendant
Chetan Pulagam

/s/ *Thomas F. Carlucci*
Thomas F. Carlucci
Attorney for Defendant
Hari Sure

/s/ *David R. Callaway*
David R. Callaway
Attorney for Defendant
Lokesh Lagudu

/s/ *Naomi Chung*
Naomi Chung
Attorney for Defendant
Chotu Pulagam

/s/ *Jeffrey Feldman*
Jeffrey Feldman
Attorney for Defendant
Abhishek Dharmapurikar

# [PROPOSED] ORDER

Based upon the foregoing Stipulation of the Parties, and good cause appearing therefrom:

IT IS HEREBY ORDERED that this case is stayed through Jan. 31, 2023. Any party may request that the stay be extended an additional six months if trial in the related criminal case has not concluded.

IT IS FURTHER ORDERED that this stay will expire in any event at the conclusion of trial in the related criminal case.

IT IS FURTHER ORDERED that once the stay is lifted, the parties shall return to the Court within 30 days to propose a schedule for this case in the form of a Case Management Statement.

IT IS SO ORDERED.

DATED:  June 1, 2022

_____
JON S. TIGAR
United States District Judge