MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
SUSAN F. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
ERIN E. WILK (Cal. Bar No. 310214)
  wilke@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500 (Telephone)
(415) 705-2501 (Facsimile)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HARI PRASAD SURE,<br>LOKESH LAGUDU,<br>CHOTU PRABHU TEJ PULAGAM,<br>DILEEP KUMAR REDDY KAMUJULA,<br>SAI MOUNIKA NEKKALAPUDI,<br>ABHISHEK DHARMAPURIKAR, and<br>CHETAN PRABHU SREE KARTEEK PULAGAM,<br><br>Defendants. | Case No. 4:22-cv-01967-JST<br><br>**FOURTH STIPULATION AND [PROPOSED] ORDER REGARDING STAY** |

STIPULATION

Plaintiff Securities and Exchange Commission (the "SEC") and Defendants Dileep Kumar Reddy Kamujula, Hari Prasad Sure, Lokesh Lagudu, Chotu Prabhu Tej Pulagam, Sai Mounika Nekkalapudi, Abhishek Dharmapurikar, and Chetan Prabhu Sree Karteek Pulagam (together, "the Parties") hereby Stipulate and agree as follows:

WHEREAS, the related criminal case, *United States v. Sure*, No. 4:23-CR-254-JST, pending before this Court, is currently scheduled for a change of plea hearing on February 2, 2024.

WHEREAS, the related criminal case, *United States v. Kamujula*, No. 4:22-CR-0131-JST, pending before this Court, is currently scheduling for a sentencing hearing on February 16, 2024.

WHEREAS, on June 1, 2022, by stipulation of the parties, the Court ordered this case stayed for a period of six months, but provided that any party could request that the stay be extended, but expiring at the conclusion of trial in the related criminal *Kamujula* case. The Court granted the prior request to extend the stay, which was in effect until July 31, 2023 (ECF 31). On July 27, 2023, the Court granted another extension of the stay, which is in effect until January 31, 2024 (ECF 33). Following the extension of the stay on July 27, 2023, the related *Sure* criminal case was filed on August 15, 2023. *Sure*, No. 4:23-CR-254-JST (ECF 1).

WHEREAS, Mr. Kamujula, who is also party to the related criminal case *United States v. Kamujula*, 4:22-CR-0131-JST, has requested through his counsel a further stay of this case.

WHEREAS, the SEC intends to engage in further conversations with defense counsel to seek a resolution of the matter and plans to do so during the pendency of the stay.

NOW THEREFORE THE PARTIES STIPULATE AND AGREE, and respectfully request, that the Court enter the attached ~~Proposed~~ Order staying this case through May 16, 2024, which is 90-days following Defendant Kamujula's sentencing hearing in his related criminal case. As previously agreed, once the stay is lifted, the parties will return to the Court within 30 days to propose a schedule for this case.

//

//

//

STIPULATED AND AGREED TO BY:

DATED: January 23, 2024

/s/ *Erin E. Wilk*
Erin E. Wilk
Susan F. LaMarca
Attorney for Plaintiff
Securities and Exchange Commission

/s/ *Julia Jayne*
Julia Jayne
Attorney for Defendant
Dileep Kamujula

/s/ *Carleen R. Arlidge*
Carleen R. Arlidge
Attorney for Defendant
Sai Mounika Nekkalapudi

/s/ *W. Douglas Sprague*
W. Douglas Sprague
Attorney for Defendant
Chetan Pulagam

/s/ *Thomas F. Carlucci*
Thomas F. Carlucci
Attorney for Defendant
Hari Sure

/s/ *David R. Callaway*
David R. Callaway
Attorney for Defendant
Lokesh Lagudu

/s/ *Naomi Chung*
Naomi Chung
Attorney for Defendant
Chotu Pulagam

/s/ *Jeffrey Feldman*
Jeffrey Feldman
Attorney for Defendant
Abhishek Dharmapurikar

[PROPOSED] ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing therefrom:

IT IS HEREBY ORDERED that this case is stayed through May 16, 2024. Any party may request that the stay be extended an additional 90 days, if (1) sentencing in the related criminal case *United States v. Kamujula*, No. 4:22-CR-0131-JST, has not concluded, or (2) either sentencing or trial in the related criminal case *United States v. Sure*, No. 4:23-CR-254-JST, has not concluded.

IT IS FURTHER ORDERED that this stay will expire in any event (1) at the conclusion of sentencing in the related *Kamujula* criminal case, and (2) either at the conclusion of sentencing or trial in the related *Sure* criminal case.

IT IS FURTHER ORDERED that once the stay is lifted, the parties shall return to the Court within 30 days to propose a schedule for this case in the form of a Case Management Statement.

IT IS SO ORDERED.

DATED: January 24, 2024

JON S. TIGAR
United States District Judge