MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
SUSAN F. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
ERIN E. WILK (Cal. Bar No. 310214)
  wilke@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500 (Telephone)
(415) 705-2501 (Facsimile)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 4:22-cv-01967-JST |
| Plaintiff, | |
| vs. | **FIFTH STIPULATION AND [PROPOSED] ORDER REGARDING STAY** |
| HARI PRASAD SURE, LOKESH LAGUDU, CHOTU PRABHU TEJ PULAGAM, DILEEP KUMAR REDDY KAMUJULA, SAI MOUNIKA NEKKALAPUDI, ABHISHEK DHARMAPURIKAR, and CHETAN PRABHU SREE KARTEEK PULAGAM, | |
| Defendants. | |

STIPULATION

Plaintiff Securities and Exchange Commission (the "SEC") and Defendants Dileep Kumar Reddy Kamujula, Hari Prasad Sure, Lokesh Lagudu, Chotu Prabhu Tej Pulagam, Sai Mounika Nekkalapudi, Abhishek Dharmapurikar, and Chetan Prabhu Sree Karteek Pulagam (together, "the Parties") hereby Stipulate and agree as follows:

WHEREAS, the Parties previously requested, and the Court granted on January 24, 2024 (ECF 37), that this case continue to be stayed through May 16, 2024, which date was 90-days following Defendant Kamujula's sentencing hearing in his related criminal case, *United States v. Kamujula*, No. 4:22-CR-0131-JST;

WHEREAS, Defendant Kamujula received a custodial sentence in his related criminal case on February 16, 2024, and the Court entered Judgment on February 21, 2024. *United States v. Kamujula*, No. 4:22-CR-0131-JST, ECF 51 and 52;

WHEREAS, the related criminal case, *United States v. Sure*, No. 4:23-CR-254-JST, pending before this Court, is currently scheduled for a sentencing hearing on June 14, 2024;

WHEREAS, in the Court's January 24, 2024, extension of the stay (ECF 37), the Court ordered that any party may extend the stay an additional 90 days if either sentencing or trial in the related criminal case *United States v. Sure*, No. 4:23-CR-254-JST, has not concluded;

WHEREAS, Defendant Sure, who is also party to the related criminal case *United States v. Sure*, No. 4:23-CR-254-JST, has requested through his counsel a further stay of this case;

WHEREAS, the Parties have engaged in initial conversations to seek a resolution of this matter and intend to engage in further efforts to resolve this matter during the pendency of the stay; and

NOW THEREFORE THE PARTIES STIPULATE AND AGREE, and respectfully request, that the Court enter the attached Proposed Order staying this case through August 14, 2024, which is 90-days following Defendant Sure's sentencing hearing in his related criminal case. As previously agreed, once the stay is lifted, the parties will return to the Court within 30 days to propose a schedule for this case.

//

STIPULATED AND AGREED TO BY:

DATED: May 13, 2024

/s/ *Erin E. Wilk*
Erin E. Wilk
Susan F. LaMarca
Attorney for Plaintiff
Securities and Exchange Commission

/s/ *Julia Jayne*
Julia Jayne
Attorney for Defendant
Dileep Kamujula

/s/ *Carleen R. Arlidge*
Carleen R. Arlidge
Attorney for Defendant
Sai Mounika Nekkalapudi

/s/ *W. Douglas Sprague*
W. Douglas Sprague
Attorney for Defendant
Chetan Pulagam

/s/ *Thomas F. Carlucci*
Thomas F. Carlucci
Attorney for Defendant
Hari Sure

/s/ *David R. Callaway*
David R. Callaway
Attorney for Defendant
Lokesh Lagudu

/s/ *Naomi Chung*
Naomi Chung
Attorney for Defendant
Chotu Pulagam

/s/ *Jeffrey Feldman*
Jeffrey Feldman
Attorney for Defendant
Abhishek Dharmapurikar

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |

Based upon the foregoing stipulation of the parties, and good cause appearing therefrom:

IT IS HEREBY ORDERED that this case is stayed through August 14, 2024. Any party may request that the stay be extended an additional 90 days, if either sentencing or trial in the related criminal case *United States v. Sure*, No. 4:23-CR-254-JST, has not concluded.

IT IS FURTHER ORDERED that this stay will expire in any event at the later of August 14, 2024, or the conclusion of sentencing or trial in the related *Sure* criminal case.

IT IS FURTHER ORDERED that once the stay is lifted, the parties shall return to the Court within 30 days to propose a schedule for this case in the form of a Case Management Statement.

IT IS SO ORDERED.

DATED: _____

JON S. TIGAR
United States District Judge