MONIQUE C. WINKLER (Cal. Bar No. 213031)
winklerm@sec.gov
SUSAN F. LAMARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
ERIN E. WILK (Cal. Bar No. 310214)
wilke@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500 (Telephone)
(415) 705-2501 (Facsimile)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HARI PRASAD SURE,<br>LOKESH LAGUDU,<br>CHOTU PRABHU TEJ PULAGAM,<br>DILEEP KUMAR REDDY KAMUJULA,<br>SAI MOUNIKA NEKKALAPUDI,<br>ABHISHEK DHARMAPURIKAR, and<br>CHETAN PRABHU SREE KARTEEK PULAGAM,<br><br>Defendants. | Case No. 4:22-cv-01967-JST<br><br>**FIFTH STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING STAY** |

# ~~[PROPOSED]~~ ORDER

Based upon the ~~foregoing~~ stipulation of the parties, and good cause appearing therefrom:

IT IS HEREBY ORDERED that this case is stayed through August 14, 2024. Any party may request that the stay be extended an additional 90 days, if either sentencing or trial in the related criminal case *United States v. Sure*, No. 4:23-CR-254-JST, has not concluded.

IT IS FURTHER ORDERED that this stay will expire in any event at the later of August 14, 2024, or the conclusion of sentencing or trial in the related *Sure* criminal case.

IT IS FURTHER ORDERED that once the stay is lifted, the parties shall return to the Court within 30 days to propose a schedule for this case in the form of a Case Management Statement.

IT IS SO ORDERED.

DATED: May 14, 2024

JON S. TIGAR
United States District Judge