MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
SUSAN F. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
ERIN E. WILK (Cal. Bar No. 310214)
  wilke@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500 (Telephone)
(415) 705-2501 (Facsimile)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>HARI PRASAD SURE,<br>LOKESH LAGUDU,<br>CHOTU PRABHU TEJ PULAGAM,<br>DILEEP KUMAR REDDY KAMUJULA,<br>SAI MOUNIKA NEKKALAPUDI,<br>ABHISHEK DHARMAPURIKAR, and<br>CHETAN PRABHU SREE KARTEEK PULAGAM,<br><br>  Defendants. | Case No. 4:22-cv-01967-JST<br><br>NOTICE OF WITHDRAWAL OF COUNSEL FOR SECURITIES AND EXCHANGE COMMISSION |

1   Pursuant to Local Civil Rule 11-5, the undersigned hereby provides notice of her
2 withdrawal as counsel on behalf of Plaintiff Securities and Exchange Commission ("SEC") in this
3 matter.
4   The SEC will continue to be represented by its remaining counsel of record.

Respectfully submitted,

DATED: May 29, 2024            /s/ *Susan F. LaMarca*
                               Susan F. LaMarca
                               Attorney for Plaintiff
                               SECURITIES AND EXCHANGE COMMISSION