JULIA M. JAYNE (State Bar No. 202753)
E-Mail: *julia@jaynelawgroup.com*
JAYNE LAW GROUP, P.C.
803 Hearst Avenue
Berkeley, CA 94710
Phone: (415) 623-3600

Attorneys for Defendant
DILEEP KUMAR REDDY KAMUJULA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DILEEP KUMAR REDDY KAMUJULA, et al<br><br>Defendant. | CASE NO. 4:22-cv-01967 JST<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD AND [PROPOSED] ORDER** |

TO THE COURT, UNITED STATES, AND DEFENSE COUNSEL:

**NOTICE IS HEREBY GIVEN THAT** counsel Julia Mezhinsky Jayne of Jayne Law Group, P.C. will and hereby moves the Honorable Jon S. Tigar of the United States District Court for the Northern District of California for an order relieving Ms. Jayne as counsel for the defendant, Dileep Kamujula in the above-entitled action. Counsel requests that this motion be ruled on without a hearing, since it is unopposed by counsel for the Securities and Exchange Commission. This motion is supported by the attached Memorandum as well as all pleadings and papers on file in this action.

DATED: July 25, 2024

Respectfully submitted,

JAYNE LAW GROUP, P.C.

By: _____/s/_____
JULIA MEZHINSKY JAYNE
Attorney for Defendant
DILEEP KUMAR REDDY KAMUJULA

## MEMORANDUM

Northern District of California Civil Local Rule 11-5(a) provides that "Counsel may not withdraw from an action until relieved by order of the Court after written notice has been provided, reasonably in advance, to the client and to all other parties who have appeared in the case."

Counsel Julia Jayne represented Mr. Kamujula in a related criminal case, 22-CR-0131 JST. That case is now closed, and Mr. Kamujula is serving his sentence. Counsel seeks to withdraw from representing Mr. Kamujula in this civil action, per the request of Mr. Kamujula, who wishes to represent himself.

As such, this request is made on the grounds that Mr. Kamujula, who is incarcerated, has requested to represent himself and has asked undersigned counsel to move to withdraw. Mr. Kamujula's address for service of process, at least until his estimated release date of September 23, 2024, is:

>Dileep Kamujula
>Register No. 93460-509
>Federal Correctional Institution, La Tuna
>P.O. Box 3000
>Anthony, NM 88021

Counsel for the SEC have also been informed, and do not oppose this motion.

It is respectfully requested that Ms. Jayne be relieved as Mr. Kamujula's counsel .

Dated:  July 25, 2024                              Respectfully submitted,

_____/s/_____

Julia Mezhinsky Jayne
Counsel for DILEEP KAMUJULA

MOTION TO WITHDRAW
Case No. 22-CV-01967 JST

**[PROPOSED] ORDER**

Good cause appearing, it is HEREBY ORDERED that Julia Jayne is relieved as counsel for Mr. Kamujula.

**IT IS SO ORDERED.**

Dated:

_____

JON S. TIGAR
United States District Judge