UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARI PRASAD SURE, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-01967-JST<br><br>**ORDER RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Re: ECF No. 41 |

Julia Mezhinsky Jayne of Jayne Law Group, P.C., has moved to withdraw from representing Defendant Dileep Kamujula. ECF No. 41. She states that the motion was filed at Kamujula's request, *id.* at 3, but the motion does not indicate Kamujula's agreement to represent himself. The motion is denied without prejudice to counsel's re-filing the motion, along with a signed statement from Kamujula indicating his agreement to proceed without counsel in this case, or a declaration from counsel indicating why such a statement could not be obtained.

**IT IS SO ORDERED.**

Dated: August 1, 2024



JON S. TIGAR
United States District Judge