```
MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
MARC KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
ERIN E. WILK (Cal. Bar No. 310214)
  wilke@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, CA 94104
(415) 705-2500 (Telephone)
(415) 705-2501 (Facsimile)
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>HARI PRASAD SURE,<br>LOKESH LAGUDU,<br>CHOTU PRABHU TEJ PULAGAM,<br>DILEEP KUMAR REDDY KAMUJULA,<br>SAI MOUNIKA NEKKALAPUDI,<br>ABHISHEK DHARMAPURIKAR, and<br>CHETAN PRABHU SREE KARTEEK PULAGAM,<br><br>    Defendants. | Case No. 4:22-cv-01967-JST<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Marc Katz hereby appears as an attorney of record on behalf of Plaintiff United States Securities and Exchange Commission.

.

Dated: August 9, 2024                    Respectfully submitted,


                            */s/ Marc Katz*
                            Marc Katz
                            Attorney for Plaintiff
                            SECURITIES AND EXCHANGE COMMISSION
                            44 Montgomery Street, Suite 700
                            San Francisco, CA 94104
                            Telephone: (415) 705-2500
                            Facsimile: (415) 705-2501
                            Email: katzma@sec.gov


## E-FILING ATTESTATION

I, Marc Katz, hereby certify that, on August 9, 2024, I caused the foregoing document to be electronically filed with the clerk of the court for the U.S. District Court of the Northern District of California, using the electronic case filing system of the court. The electronic case filing system sends a "Notice of Electronic Filing" to all attorneys of record who have considered in writing to accept this Notice as service of this document by electronic means.

                            */s/ Marc Katz*
                            Marc Katz