MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
MARC KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
ERIN E. WILK (Cal. Bar No. 310214)
  wilke@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, CA 94104
(415) 705-2500 (Telephone)
(415) 705-2501 (Facsimile)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HARI PRASAD SURE,<br>LOKESH LAGUDU,<br>CHOTU PRABHU TEJ PULAGAM,<br>DILEEP KUMAR REDDY KAMUJULA,<br>SAI MOUNIKA NEKKALAPUDI,<br>ABHISHEK DHARMAPURIKAR, and<br>CHETAN PRABHU SREE KARTEEK PULAGAM,<br><br>Defendants. | Case No. 4:22-cv-01967-JST<br><br>**SIXTH STIPULATION AND [PROPOSED] ORDER REGARDING STAY** |

## STIPULATION

Plaintiff Securities and Exchange Commission (the "SEC") and Defendants Dileep Kumar Reddy Kamujula, Hari Prasad Sure, Lokesh Lagudu, Chotu Prabhu Tej Pulagam, Sai Mounika Nekkalapudi, Abhishek Dharmapurikar, and Chetan Prabhu Sree Karteek Pulagam (together, "the Parties") hereby Stipulate and agree as follows:

WHEREAS, the Parties previously requested, and the Court granted on May 14, 2024 (ECF 39), that this case continue to be stayed through August 14, 2024, and that the stay would expire at the later of August 14, 2024, or the conclusion of sentencing or trial in the related criminal case, *United States v. Sure*, No. 4:23-CR-254-JST;

WHEREAS, Defendant Sure was sentenced on June 14, 2024 and the Court entered Judgment on June 21, 2024. *United States v. Sure*, No. 4:23-CR-254-JST, ECF 20 and 21;

WHEREAS, the Court further ordered that once the stay is lifted, the parties shall return to the Court within 30 days to propose a schedule for this case in the form of a Case Management Statement;

WHEREAS, the SEC staff has been engaged in settlement communications with all of the defendants in this case;

WHEREAS, the SEC staff anticipates that within 90 to 120 days, they will be able to reach final agreement on settlement terms with all seven defendants, obtain signed settlement documents from all defendants, have the proposed settlement resolutions formally considered by the Securities and Exchange Commission, and have the settlement documents presented to the Court for review and approval;

WHEREAS, the Parties seek to preserve judicial and party resources and do not believe that a further stay would prejudice the Parties;

NOW THEREFORE THE PARTIES STIPULATE AND AGREE, and respectfully request that the Court amend the prior Order requiring a Case Management Statement within 30 days of August 14, 2024, and instead enter the attached Proposed Order continuing to stay this case through November 14, 2024, to enable the Parties to finalize and present settlement agreements to

the Court. To the extent that the case remains unresolved as to any defendant, the SEC and such defendant(s) will return to the Court by December 16, 2024, to propose a schedule for this case.

STIPULATED AND AGREED TO BY:

DATED: August 9, 2024

/s/ *Marc Katz*
Marc Katz
Erin E. Wilk
Attorneys for Plaintiff
Securities and Exchange Commission

/s/ *Julia Jayne*
Julia Jayne
Attorney for Defendant
Dileep Kamujula

/s/ *Carleen R. Arlidge*
Carleen R. Arlidge
Attorney for Defendant
Sai Mounika Nekkalapudi

/s/ *W. Douglas Sprague*
W. Douglas Sprague
Attorney for Defendant
Chetan Pulagam

/s/ *Thomas F. Carlucci*
Thomas F. Carlucci
Attorney for Defendant
Hari Sure

/s/ *David R. Callaway*
David R. Callaway
Attorney for Defendant
Lokesh Lagudu

/s/ *Naomi Chung*
Naomi Chung
Attorney for Defendant
Chotu Pulagam

/s/ *Jeffrey Feldman*
Jeffrey Feldman
Attorney for Defendant
Abhishek Dharmapurikar

## [PROPOSED] ORDER

Based upon the stipulation of the parties, and good cause appearing therefrom:

IT IS HEREBY ORDERED that this case is stayed through November 14, 2024.

IT IS FURTHER ORDERED that any parties who have not reached a final resolution of this case, shall return to the Court by December 16, 2024, to propose a schedule for this case in the form of a Case Management Statement.

IT IS SO ORDERED.

DATED: _____

JON S. TIGAR
United States District Judge