```
 1  MONIQUE C. WINKLER (Cal. Bar No. 213031)
      winklerm@sec.gov
 2  MARC D. KATZ (Cal. Bar No. 189534)
      katzma@sec.gov
 3  ERIN E. WILK (Cal. Bar No. 310214)
      wilke@sec.gov
 4
    Attorneys for Plaintiff
 5  SECURITIES AND EXCHANGE COMMISSION
    44 Montgomery Street, Suite 700
 6  San Francisco, CA 94104
    (415) 705-2500 (Telephone)
 7  (415) 705-2501 (Facsimile)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HARI PRASAD SURE,<br>LOKESH LAGUDU,<br>CHOTU PRABHU TEJ PULAGAM,<br>DILEEP KUMAR REDDY KAMUJULA,<br>SAI MOUNIKA NEKKALAPUDI,<br>ABHISHEK DHARMAPURIKAR, and<br>CHETAN PRABHU SREE KARTEEK PULAGAM,<br><br>Defendants. | Case No. 4:22-cv-01967-JST<br><br>**SECURITIES AND EXCHANGE COMMISSION'S STATUS REPORT RE: SETTLEMENTS** |

1   Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this update to advise the Court on the status of the settlement process. Per the Court's August 13, 2024 Order (ECF No. 45), the stay in this matter was extended through November 14, 2024, to enable the parties to finalize settlement agreements. The SEC staff has received offers to settle from all seven defendants in this case, and has begun the process of seeking approval of these offers to settle from the SEC Commissioners. The SEC staff anticipates that proposed settlements from each defendant will be presented to the Court for review and approval on or about December 16, 2024. If all of the settlement documents have not yet been submitted to the Court by December 16, 2024, the SEC will file a supplemental status report on that date.

Respectfully submitted,

DATED: November 14, 2024

/s/ Marc Katz
Marc Katz
Erin E. Wilk
Attorney for Plaintiff
Securities and Exchange Commission