MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
  katzma@sec.gov
ERIN E. WILK (Cal. Bar No. 310214)
  wilke@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, CA 94104
(415) 705-2500 (Telephone)
(415) 705-2501 (Facsimile)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> HARI PRASAD SURE, <br> LOKESH LAGUDU, <br> CHOTU PRABHU TEJ PULAGAM, <br> DILEEP KUMAR REDDY KAMUJULA, <br> SAI MOUNIKA NEKKALAPUDI, <br> ABHISHEK DHARMAPURIKAR, and <br> CHETAN PRABHU SREE KARTEEK PULAGAM, <br><br> Defendants. | Case No. 4:22-cv-01967-JST <br><br> **SECURITIES AND EXCHANGE COMMISSION'S SUPPLEMENTAL STATUS REPORT RE: SETTLEMENTS** |

1  Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this update to advise the Court on the status of the settlement process. Per the Court's August 13, 2024 Order (ECF No. 45), the stay in this matter was extended through November 14, 2024, to enable the parties to finalize settlement agreements. As set forth in the SEC's November 14, 2024 Status Report (ECF No. 46), the SEC staff has received offers to settle from all seven defendants in this case and is in the process of seeking approval of these offers to settle from the SEC Commissioners. The SEC staff now anticipates that the SEC Commissioners' formal review process will be completed by the end of the calendar year and, if the Commissioners authorize the settlements, the staff anticipates that the settlements will be presented to the Court for review and approval on or before January 10, 2025. If the settlement documents have not yet been submitted to the Court by January 10, 2025, the SEC will file a status report by that date.

Respectfully submitted,

DATED: December 12, 2024         /s/ Marc Katz
                                 Marc Katz
                                 Erin E. Wilk
                                 Attorneys for Plaintiff
                                 Securities and Exchange Commission