MONIQUE C. WINKLER (Cal. Bar No. 213031)
winklerm@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
katzma@sec.gov
ERIN E. WILK (Cal. Bar No. 310214)
wilke@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, CA 94104
(415) 705-2500 (Telephone)
(415) 705-2501 (Facsimile)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HARI PRASAD SURE,<br>LOKESH LAGUDU,<br>CHOTU PRABHU TEJ PULAGAM,<br>DILEEP KUMAR REDDY KAMUJULA,<br>SAI MOUNIKA NEKKALAPUDI,<br>ABHISHEK DHARMAPURIKAR, and<br>CHETAN PRABHU SREE KARTEEK PULAGAM,<br><br>Defendants. | Case No. 4:22-cv-01967-JST<br><br>**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S SECOND SUPPLEMENTAL STATUS REPORT RE: SETTLEMENTS AND REQUEST FOR ENTRY OF FINAL JUDGMENTS BY CONSENT** |

1. Plaintiff Securities and Exchange Commission ("SEC" or "Commission") respectfully submits this update to: (1) advise the Court that the Commission has now authorized the settlement agreements for all seven defendants and that those agreements are being filed contemporaneously with this report; (2) describe the parameters of those settlement agreements; and (3) request that the Court enter the Proposed Final Judgments by Consent for the seven defendants.

2. As set forth in the SEC's November 14, 2024 Status Report and December 12, 2024 Supplemental Status Report, the SEC staff received offers to settle from all seven defendants. (ECF Nos. 46, 47). The Commission has now approved the terms of the offers to settle reflected in the filed Consents and Proposed Final Judgments as to Hari Prasad Sure, Lokesh Lagudu, Chotu Prabhu Tej Pulagam, Dileep Kumar Reddy Kamujula, Sai Mounika Nekkalapudi, Abhishek Dharmapurikar, and Chetan Prabhu Sree Karteek Pulagam (together, the "Defendants").

3. As noted, each defendant has consented to the entry of his or her Proposed Final Judgment. The Proposed Final Judgments and Defendants' Consents to Final Judgment are being filed herewith. *See* ECF Nos. 49-55.

4. The terms of the Proposed Final Judgments: (1) include injunctive relief against the Defendants; (2) include disgorgement of net trading gains from the violative trades alleged in the Complaint, plus prejudgment interest, from defendants Hari Prasad Sure, Dileep Kumar Reddy Kamujula, Sai Mounika Nekkalapudi, Abhishek Dharmapurikar, and Chetan Prabhu Sree Karteek Pulagam; and (3) impose civil penalties against all defendants, except for defendants Hari Prasad Sure and Dileep Kumar Reddy Kamujula, who received criminal sanctions in the related matters *United States v. Sure*, No. 4:23-CR-00254-JST and *United States v. Kamujula*, No. 4:22-CR-00131-JST.

5. The specific monetary relief for the Defendants included in the Proposed Final Judgments is set forth below:

| Defendant | Disgorgement | Prejudgment Interest | Penalty |
|---|---|---|---|
| Hari Prasad Sure | $100,000.00 | $5,531.69 | Not applicable |
| Dileep Kumar Reddy Kamujula | $731,322.72 | $40,454.42 | Not applicable |
| Lokesh Lagudu | Not applicable | Not applicable | $38,775.40 |
| Sai Mounika Nekkalapudi | $38,775.40 | $2,144.94 | $38,775.40 |
| Abhishek Dharmapurikar | $4,364.00 | $241.41 | $4,364.00 |
| Chotu Prabhu Tej Pulagam | Not applicable | Not applicable | $27,960.00 |
| Chetan Prabhu Sree Karteek Pulagam | $27,960.00 | $1,546.67 | $27,960.00 |

6. Entry of the Proposed Final Judgments would fully resolve the SEC's claims against the Defendants and conclude this case by giving effect to the parties' settlements.

7. The SEC respectfully requests that the Court enter Final Judgment as to each defendant to bring the case to conclusion.

DATED: January 8, 2025

/s/ Erin E. Wilk  
Erin E. Wilk  
Marc D. Katz  
Attorney for Plaintiff  
Securities and Exchange Commission